Christopher Stanton
Reg. No. 06314-017
FCC-Yazoo City Medium
P.O. Box 5888
Yazoo City, MS 39194-5888

IN PRO PER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER STANTON, § | |
| Petitioner, § | CASENO. 3:06-CR-11-001-LAC |
| v. § | |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO *18 U.S.C.§3582(c)(2)*
AND IN CONJUNCTION WITH THE MINUS TWO AMENDMENT 782**

**COMES NOW**, Petitioner, _____Christopher Stanton_____, acting in

pro per, respectfully submits Motion For A Reduction Of Sentence, pursuant to *18 U.S.C. § 3582 (c)(2)* and in conjunction with the NEW MINUS TWO AMENDMENT 782 that goes into effect on November 1, 2014 after going retroactive on July 18, 2014. Petitioner further prays that this Court construe this pleading liberally in light of ***Haines v. Kerner,*** 404 U.S. 519, 520-21, 92 S. Ct. 594, 30 L.Ed.2d 652 (1972), holding that, "pro se litigants are to be held to a lesser standard

1

of review than lawyers who are formerly trained in the law, and are entitled to a liberal construction of their pleadings."

## FACTS

Petitioner is currently incarcerated at the FCC-Yazoo City Medium in Yazoo City, Mississippi. Petitioner is currently serving a _____ month term of imprisonment with the Bureau of Prisons. Petitioner has been incarcerated since  January 5, 2006 , with a tentative release date of  April 10, 2032 . Upon release from this facility, Petitioner has an intense Supervised Release (PROBATION) of  60  months to serve.

Petitioner was convicted of Possession With Intent To Distribute 5 Grams or More of Cocaine Base/Crack, in violation of 21 U.S.C. § 841(b)(1)(iii); and Possession of a Firearm, in violation of 18 U.S.C. § 922(g) and § 924(e). Petitioner was enhanced under the Armed Career Criminal Statute.

Petitioner's original Base Offense Level at sentencing was  37  with a Criminal History Category of  VI .

The District Court made two determinations in deciding whether or not to modify a sentence under *18 U.S.C. § 3582(c) (2)*. Under the first step, the sentencing court considers what sentence it would have imposed had the retroactive amendment been in effect at the time the Petitioner was sentenced. [*U.S.S.G § 1B1.10(b)*]. The district court determines what sentence it would have imposed had the new sentencing range at the time of the retroactive amendment, been the range at the time of the Petitioner's original sentencing, leaving untouched all other previous factual decisions concerning particularized sentencing factors. [See ***U.S. v. Wyatt***, 115 F.3d 606,

609 (8th Cir. 1997)]. Such factors include, inter alia, role in the offense, obstruction of justice, victim adjustments, more than minimal planning and acceptance of responsibility.

In this particular case, Petitioner's NEW BASE OFFENSE LEVEL would be __35__, Criminal History Category __VI__. Accordingly, the district court should simply determine the guideline range that would have been in effect *ab initio*. Here, the relevant Guideline Range would be __292__-to-__365__ months, as opposed to the previous Guideline Range of __360__-to-LIFE.

Having established the applicable Amendment Guideline Range, the court next considers the factors contained in *18 U.S.C. § 3553(a)* and, in the exercise of its thus informed discretion, decide whether or not to modify the original sentence previously imposed. [*Wyatt,*115 F.3d at 609; *18 U.S.C. § 3582(c) (2)*]. The factors set forth in *§ 3553(a)* are the following: 1) the nature and circumstances of the offense and the history and characteristics of the defendant; 2) the need for the sentence imposed; 3) the kind if sentences available; 4) the applicable sentencing range under the guidelines; 5) any pertinent Sentencing Commission Policy Statements; 6) the need to avoid unwarranted sentencing disparities among defendants; and 7) the need to provide restitution to victims. [*18 U.S.C. § 3553(a)*]. Put more succinctly, the statute requires the sentence imposed to be minimally sufficient to satisfy concerns of retribution, general deterrence, specific deterrence and rehabilitation.

In conclusion, pursuant to the Minus Two Amendment 782 to the U.S. Sentencing Guidelines, which was made retroactive and set forth on July 18, 2014, and goes into effect on November 1, 2014, Petitioner respectfully requests that this Court GRANT this Motion For A Reduction Of Sentence, pursuant to *18 U.S.C. § 3582(c) (2)*.

Furthermore, pursuant to the RECENT RULING in the SUPREME COURT, in ***Pepper v. U.S.***, S.Ct.No 09-6822, and in conjunction with the *18 U.S.C. § 3553(a)*, factors that Congress has now instructed: evidence of post-sentencing rehabilitation may be highly relevant to several of the *§ 3553(a)* factors that Congress has expressly instructed District Courts to consider at sentencing and/or at resentencing.

**THEREFORE,** Petitioner has attached his COMPLETIONS/CERTIFICATES, etc., of all his programming, schooling, employment, Program Review, as well as all completion hours, etc., showing his exemplary post-sentencing conduct that may be taken into consideration as the most accurate indicator of "his present purposes and tendencies to change/ rehabilitate and to significantly suggest the period of restraint and the kind of discipline that ought to be imposed upon him." [See **EXHIBIT ONE**; see also *Ashe*, 302 U.S. at 55]. Petitioner has also been an exemplary inmate to Staff and other inmates.

Accordingly, evidence of Petitioner's post-sentencing rehabilitation bears directly on the District Court's overarching duty to impose a sentence sufficient, but not greater than necessary to serve purposes of sentencing, in which, the Court may deem just and proper in GRANTING more relief.[ *18 U.S.C. § 3553(a)*].

President Obama has also commented on, "if they (drug offenders), had been sentenced under the current law, many of them would have already served their time and paid their debt to society. Instead, because of the disparity in the law, that is now recognized as UNJUST, they remain in prison separated from their families and their communities, at cost of millions of taxpayer dollars each year." [ See New York Times Article, "A Little Christmas Miracle."]

4

## CLOSING

At Petitioner's original sentence, Petitioner was enhanced under the Armed Career Criminal Statute that enhanced his Crack/Cocaine Base Offense Level from 32 to 37 (210 - 262 Range to 36 - LIFE Term of Imprisonment). Since Petitioner's original sentencing, a NEW AMENDMENT went into effect in 2010 changing the ratio of Powder Cocaine Offenses to 18:1 and dramatically reducing the Base Offense Levels for Crack/Cocaine Base Offenses. In 2007/2008 a similar MINUS TWO AMENDMENT went into effect for Crack/Cocaine Base Offenses by two levels from their original Base Offense Level. At both times, Petitioner was unable to participate due to the fact that Career and Armed Career Offenders did not qualify and/or were not eligible for any sentence reduction.

Now, the 782 Amendment was made retroactive for drug offenses allowing drug offenders to petition their Courts and request for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Petitioner is aware that the Court has the DISCRETION to GRANT some type of RELIEF consistent with the MINUS TWO AMENDMENT. Pursuant to § 4B1.1, Petitioner would be eligible for some type of relief due to the fact that there has been a significant reduction in his drug amount Base Offense Level that would warrant some type of RELIEF. Here, Petitioner's DRUG Offense Level has dropped from 210 to 262 month term of imprisonment to now 120 to 150 month term of imprisonment. This significant disparity of 120 months to 360 months, would warrant relief under § 4B1.1.

THEREFORE, Petitioner respectfully requests that due to the following reasons, this Court USE ITS DISCRETION and GRANT some TYPE OF RELIEF consistent with the MINUS TWO AMENDMENT 782:

1) the amount of time Petitioner has already served; 2) Petitioner's post-sentencing rehabilitation and programming while incarcerated; 3) Petitioner's conduct in prison; 4) past AMENDMENTS that reduced drug offense Base Offense Levels significantly, that have been made retroactive in which Petitioner has not been eligible and/or been able to participate in getting any relief; 5) recent debates in CONGRESS on PRISON REFORM where taxpayers are spending millions of taxpayer dollars to house drug offenders; and 6) recent debates in CONGRESS and the SUPREME COURT regarding the unconstitutionality of the Armed and Career Offender STATUTE.

Based on the foregoing arguments and authorities, Petitioner is warranted relief, in good faith and good cause, all in the interest of justice and pursuant to 18 U.S.C. § 3582(c)(2) (holding that the statute GRANTS DISCRETION to a District Court to REDUCE the term of IMPRISONMENT of a DEFENDANT sentenced to a "term of imprisonment based on a sentencing range that has subsequently been lowered by the U.S. Sentencing Commission.")

Any other relief and/or post-sentencing rehabilitation relief that this Court deems just and fair, will also be WARRANTED when entering in a NEW JUDGMENT and COMMITMENT for Petitioner's Case.

RESPECTFULLY SUBMITTED on this ___25th___ DAY OF JUNE, 2015.

Christopher M Stanton
Christopher Stanton/Petitioner
IN PRO PER/Affiant

# CERTIFICATE OF SERVICE

I, _____Christopher Stanton_____, hereby certify that I have served a true and correct copy of the following:

MOTION FOR A REDUCTION OF SENTENCE

This ACTION is deemed filed at the time it was delivered to prison authorities for forwarding, [see *Houston v. Lack*, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage pre-paid envelope addressed to:

    United States District Court    U.S. Attorney's Office
    Northern District of Florida    Northern District of Florida
    U.S. Courthouse    U.S. Courthouse

This LEGAL ACTION was deposited in the United States Mail at the FCC-Yazoo City Legal Mail Room, located in Yazoo City, Mississippi. **I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.**

**EXECUTED and SIGNED** on this ___9th___ day of ___July___, 2015.

                                                    *Christopher M Stanton*
                                                  Christopher Stanton
                                                  Petitioner/IN PRO PER
                                                  Reg. No.  06314-017

# EXHIBIT 1

*Christopher M Stanton*



# Certificate of Completion

This award is presented to

**Christopher M. Stanton**

for successfully completing a 240 hr course in

**COMPREHENSIVE INDUSTRIAL CUSTODIAL SERVICES**

and is hereby certified as a

**FLOOR CARE TECHNICIAN**

Wm. R. Griffin, CEO
Cleaning Consultant Services, Inc.
Seattle, WA 98111
Date

Willie Covington — Instructor
U.S. Education Dept. Atlanta GA
Date



# Certificate of Completion
## awarded to:

# Christopher Stanton
# 06314-017

## SUCCESSFUL COMPLETION OF
## Criminal Thinking

SEPTEMBER 10, 2009

_dr. j. benach_  09/08/2009
Dr. J. Benach, Acting D.A.P.C     Date signed

_[signature]_  09-09-209
Dr. W. Cameron, DTS     Date signed

# Certificate of Completion
## *awarded to:*

# Christopher Stanton
# 06314-017

# SUCCESSFUL COMPLETION OF
# Thinking for a Change

March 31, 2010

_____  
Dr. S.Ducan, Acting D.A.P.C

3/30/10  
Date signed

_____  
Dr. W. Cameron, DTS

3-30-10  
Date signed

# Certificate of Completion
## awarded to:

# Christopher Stanton
# 06314-017

## SUCCESSFUL COMPLETION OF VICTIM IMPACT

DECEMBER 10, 2009

_____    12/2/09
Dr. S.Ducan, Acting D.A.P.C    Date signed

_____    12-8-09
Dr. W. Cameron, DTS    Date signed

# Certificate of Completion
## Awarded to:
## Christopher Stanton
## 06314-017

## SUCCESSFUL COMPLETION OF
## Non-Residential Drug Abuse Group

November 2, 2011

_____  
Dr. A. Hughes, D.A.P.C

11-2-11  
Date signed

_____  
Dr. W. Cameron, DTS

11-2-11  
Date signed

```
YAM78           *           INMATE EDUCATION DATA      *      06-16-2015
PAGE 001 OF 001 *              TRANSCRIPT              *      10:06:52

REGISTER NO: 06314-017    NAME..: STANTON                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: YAM-YAZOO CITY MED FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
YAM  ESL HAS    ENGLISH PROFICIENT       11-20-2006 1208  CURRENT
YAM  GED HAS    COMPLETED GED OR HS DIPLOMA  03-13-2007 1053  CURRENT

--------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
YAM        RPP3 BUDGETING              06-12-2015  CURRENT
YAM        RPP3-FINANCIAL ANALYSIS 2   06-12-2015  CURRENT
YAM        RECREATION HEALTH FAIR      05-08-2015  05-08-2015   P   C  P    2
YAM        RPP1 INFECTIOUS DISEASE AWARE 05-21-2015 05-21-2015  P   C  P    1
ATL        COMMERICAL DRIVER'S LICENSE 08-16-2014  02-11-2015   P   C  P   20
ATL        COMMERICAL DRIVER'S LICENSE 06-02-2014  06-02-2014   P   C  P   20
ATL        BUDGETING/MONEY MANAGEMENT  06-27-2013  08-21-2013   P   C  P   20
ATL        RPP6 MAXIMIZED MANHOOD      04-24-2012  06-26-2012   P   C  P   16
ATL        INTRODUCTION TO CORE TRAINING 01-03-2012 07-23-2012  P   C  P   24
ATL        ACE COMPUTER LAB INTRODUCTION 04-30-2012 06-22-2012  P   C  P    6
ATL        HEALTH FAIR-HEALTH AWARENESS 04-16-2012 06-13-2012   P   C  P    3
ATL        LEARNING BASIC SPANISH      08-19-2011  09-23-2011   P   C  P   24
ATL        CORE CURRI,12:30-3:00/MANIGO 01-19-2011 05-05-2011   P   C  P   80
ATL        RUN AND JOG YOUR WAY TO FIT 01-23-2011  04-03-2011   P   C  P   24
ATL        JANITORIAL BUS CLASS, CUST MAI 08-17-2010 02-22-2011 P   C  C  240
ATL        JANITORIAL BUS CLASS, CUST MAI 06-18-2009 05-27-2010 P   W  I  190
ATL        RUN AND JOG YOUR WAY TO FIT 02-04-2010  05-17-2010   P   C  P   40
ATL        RUN AND JOG YOUR WAY TO FIT 06-01-2009  09-14-2009   P   C  P   20
ATL        HEALTH EDUCATION-COMPONENT #1 09-12-2008 09-12-2008  P   C  P    1
ATL        HEALTH FAIR-HEALTH AWARENESS 09-13-2008 09-13-2008   P   C  P    4
ATL        CUSTODIAL MAINTENANCE 1200-300 10-24-2007 02-14-2008 P   C  C  120
ATL        ABDOMINAL EXERCISE PROGRAM  07-18-2007  01-04-2008   P   C  P   36
ATL        FLEXIBLE EXERCISE PROGRAM   10-25-2007  01-03-2008   P   C  P   36
ATL        FLEXIBLE EXERCISE PROGRAM   07-17-2007  09-22-2007   P   C  P   36
ATL        STRUCTURE EXERISE-COMPONENT #1 03-24-2007 05-29-2007 P   C  P   40
ATL        RPP1 AIDS & DISEASE PREVENTION 01-07-2007 01-07-2007 P   C  P    1
ATL        RPP1 AIDS & DISEASE PREVENTION 12-03-2006 12-04-2006 P   C  P    1

--------------------------- HIGH TEST SCORES --------------------------------
TEST       SUBTEST        SCORE    TEST DATE    TEST FACL   FORM     STATE
GED        AVERAGE         50.2    12-18-2000    ATL        PASS      FL
           LIT/ARTS        45.0    12-18-2000    ATL        AS        FL
           MATH            53.0    12-18-2000    ATL        AP        FL
           SCIENCE         50.0    12-18-2000    ATL        AS        FL
           SOC STUDY       54.0    12-18-2000    ATL        AP        FL
           WRITING         49.0    12-18-2000    ATL        AO        FL


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
 YAM78           *          INMATE EDUCATION DATA       *       06-16-2015
PAGE 001 OF 001 *              TRANSCRIPT               *       10:06:52

REGISTER NO: 06314-017    NAME..: STANTON                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: YAM-YAZOO CITY MED FCI

---------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
YAM  ESL HAS    ENGLISH PROFICIENT             11-20-2006 1208 CURRENT
YAM  GED HAS    COMPLETED GED OR HS DIPLOMA    03-13-2007 1053 CURRENT

----------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
YAM         RPP3 BUDGETING               06-12-2015 CURRENT
YAM         RPP3-FINANCIAL ANALYSIS 2    06-12-2015 CURRENT
YAM         RECREATION HEALTH FAIR       05-08-2015 05-08-2015  P   C  P    2
YAM         RPP1 INFECTIOUS DISEASE AWARE 05-21-2015 05-21-2015 P   C  P    1
ATL         COMMERICAL DRIVER'S LICENSE  08-16-2014 02-11-2015  P   C  P   20
ATL         COMMERICAL DRIVER'S LICENSE  06-02-2014 06-02-2014  P   C  P   20
ATL         BUDGETING/MONEY MANAGEMENT   06-27-2013 08-21-2013  P   C  P   20
ATL         RPP6 MAXIMIZED MANHOOD       04-24-2012 06-26-2012  P   C  P   16
ATL         INTRODUCTION TO CORE TRAINING 01-03-2012 07-23-2012 P   C  P   24
ATL         ACE COMPUTER LAB INTRODUCTION 04-30-2012 06-22-2012 P   C  P    6
ATL         HEALTH FAIR-HEALTH AWARENESS 04-16-2012 06-13-2012  P   C  P    3
ATL         LEARNING BASIC SPANISH       08-19-2011 09-23-2011  P   C  P   24
ATL         CORE CURRI,12:30-3:00/MANIGO 01-19-2011 05-05-2011  P   C  P   80
ATL         RUN AND JOG YOUR WAY TO FIT  01-23-2011 04-03-2011  P   C  P   24
ATL         JANITORIAL BUS CLASS, CUST MAI 08-17-2010 02-22-2011 P  C  C  240
ATL         JANITORIAL BUS CLASS, CUST MAI 06-18-2009 05-27-2010 P  W  I  190
ATL         RUN AND JOG YOUR WAY TO FIT  02-04-2010 05-17-2010  P   C  P   40
ATL         RUN AND JOG YOUR WAY TO FIT  06-01-2009 09-14-2009  P   C  P   20
ATL         HEALTH EDUCATION-COMPONENT #1 09-12-2008 09-12-2008 P   C  P    1
ATL         HEALTH FAIR-HEALTH AWARENESS 09-13-2008 09-13-2008  P   C  P    4
ATL         CUSTODIAL MAINTENANCE 1200-300 10-24-2007 02-14-2008 P  C  C  120
ATL         ABDOMINAL EXERCISE PROGRAM   07-18-2007 01-04-2008  P   C  P   36
ATL         FLEXIBLE EXERCISE PROGRAM    10-25-2007 01-03-2008  P   C  P   36
ATL         FLEXIBLE EXERCISE PROGRAM    07-17-2007 09-22-2007  P   C  P   36
ATL         STRUCTURE EXERISE-COMPONENT #1 03-24-2007 05-29-2007 P  C  P   40
ATL         RPP1 AIDS & DISEASE PREVENTION 01-07-2007 01-07-2007 P  C  P    1
ATL         RPP1 AIDS & DISEASE PREVENTION 12-03-2006 12-04-2006 P  C  P    1

------------------------------ HIGH TEST SCORES ------------------------------
TEST        SUBTEST        SCORE     TEST DATE    TEST FACL    FORM     STATE
GED         AVERAGE        50.2      12-18-2000   ATL          PASS     FL
            LIT/ARTS       45.0      12-18-2000   ATL          AS       FL
            MATH           53.0      12-18-2000   ATL          AP       FL
            SCIENCE        50.0      12-18-2000   ATL          AS       FL
            SOC STUDY      54.0      12-18-2000   ATL          AP       FL
            WRITING        49.0      12-18-2000   ATL          AO       FL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**NATIONAL CENTER FOR CONSTRUCTION EDUCATION AND RESEARCH**

BUILDING TOMORROW'S WORKFORCE

3600 NW 43rd St, Bldg G ○ Gainesville, FL 32606
P 352.334.0911 ○ F 352.334.0932 ○ www.nccer.org

Affiliated with the University of Florida

**nccer**

August 1, 2011

## Official Transcript

Christopher Stanton

United States Penitentiary of Atlanta - Education
601 McDonough Blvd SE
Atlanta, GA 30315

**Current Employer/School:**
USP Atlanta

**Card #:** 8892013

| Course / Description | Instructor | Training Location | Date Compl. |
|---|---|---|---|
| 00101-04 Basic Safety | Jonathan Manigo | United States Penitentiary of | 5/3/2011 |
| 00102-04 Introduction to Construction Math | Jonathan Manigo | United States Penitentiary of | 5/3/2011 |
| 00103-04 Introduction to Hand Tools | Jonathan Manigo | United States Penitentiary of | 5/3/2011 |
| 00104-04 Introduction to Power Tools | Jonathan Manigo | United States Penitentiary of | 5/3/2011 |
| 00105-04 Introduction to Blueprints | Jonathan Manigo | United States Penitentiary of | 5/3/2011 |
| 00106-04 Basic Rigging | Jonathan Manigo | United States Penitentiary of | 5/3/2011 |

**NO ENTRIES BELOW THIS LINE**

Donald E. Whyte
President, NCCER

Page 1

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT ___C. Stanton___ HAS COMPLETED

MONEY MANAGEMENT

Consisting of 20 Hours of Training

This certificate is hereby issued this 26TH Day of August, 2013

S. SMITH, RPP/ACE COORDINATOR

Christopher Stanton
Reg. No. 06314-017
Federal Correctional Complex
Yazoo City Medium
P.O. Box 5888
Yazoo City, MS 39194-5888

United States District Court
Northern District of Florida
U.S. Courthouse
Clerk of the Court
One North Palafox Street
Pensacola, FL 32502



